

ORDERED in the Southern District of Florida on July 12, 2016.

                                                    A. Jay Cristol, Judge
                                                    United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) Case No.: 15-23532-AJC |
| | ) Chapter 7 |
| MADY GOMEZ, | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND AUTHORIZING SETTLEMENT AND COMPROMISE OF CONTROVERSY BETWEEN THE TRUSTEE AND THE DEBTOR**

**THIS MATTER** came before the court on the *Motion for Entry of an Order Approving and Authorizing Settlement and Compromise of Controversy between the Trustee and the Debtor* (the **"Motion"**) [ECF No. 71]. The Court having reviewed the Motion and proposed settlement, and finding that no objection has been filed under Local Rule 9013-1(D) and that the settlement meets the criteria set forth in *In re Justice Oaks II. Ltd.*, 898 F.2d 1544 (11th Cir. 1990), and thus, is in the best interests of the estate, it is ordered:

1. The Motion is **GRANTED** and the settlement is **APPROVED**.

2. The parties are directed to comply with the terms of the Settlement Agreement[1] as set forth in the Motion.

3. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

### 

Submitted by:
Jesse R. Cloyd, Esq.
Salazar Jackson, LLP
2000 Ponce de Leon Blvd., Penthouse
Coral Gables, Florida  33134
Telephone:  (305) 374-4848
Email:  Cloyd@SalazarJackson.com

*(Attorney Cloyd is directed to serve a copy of this order on all creditors and interested parties and to file a certificate of service.)*

---

[1] Capitalized Terms used but not otherwise defined herein shall have the meaning set forth in the Motion.